

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Mustapha Zouguaghi
a/k/a Sherif Mostafa Zougary,

\* From the 231st District Court
of Tarrant County,
Trial Court No. 231-737299-23.

Vs. No. 11-24-00130-CV

\* March 20, 2025

Amanda E. Zouguaghi,

\* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment and orders below. Therefore, in accordance with this court's opinion, the judgment and orders of the trial court are in all things affirmed.